# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| TAMARA LASSETER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CV411-021 |
| ) | |
| THE MAYOR AND ALDERMEN ) | |
| OF THE CITY OF SAVANNAH, ) | |
| ) | |
| Defendant. ) | |

## REPORT AND RECOMMENDATION

This Court granted pro se plaintiff Tamara Lasseter leave to file, without prepayment of the Court's filing fee, this Family and Medical Leave Act (FMLA) case against the City of Savannah. Doc. 2 at 2. It later screened her case under 28 U.S.C. § 1915(e)(2)(B)(ii), but warned her that under Fed. R. Civ. P. 26(f) she must confer with opposing counsel to develop a plan of discovery. Doc. 5 at 8. The Court also warned her that it may dismiss her case on abandonment grounds if she failed to comply with its instructions. *Id.* (citing Fed. R. Civ. P. 41).

Recently this Court had to direct Lasseter to comply with her obligation to confer with defense counsel in order to jointly file a Rule

26(f) Report. Doc. 14. Subsequently, she failed to respond to interrogatories, so the city moved to compel. Doc. 17. The Court granted the motion, awarded the city $100 in sanctions, and gave her 14 days to respond, upon pain of dismissal. Doc 19. She has failed to respond, so the city moves for dismissal. Doc. 20. The liberality accorded to a *pro* se litigant's pleadings does not excuse noncompliance with the rules of this Court. *E.g., Nelson v. Barden*, 145 F. App'x 303, 311 n. 10 (11th Cir. 2005); *Moon v. Newsome*, 863 F.2d 835, 837 (11th Cir. 1989) ("[O]nce a pro se IFP litigant is in court, he is subject to the relevant law and rules of court, including the Federal Rules of Civil Procedure."). The defendant's motion should be **GRANTED**.

**SO REPORTED AND RECOMMENDED** this 14th day of December, 2011.

*/s/ M. Smith*
**UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA**
