```
                                                          FILED
                                                    U.S. DISTRICT COURT
                                                      SAVANNAH DIV.
            IN THE UNITED STATES DISTRICT COURT FOR
              THE SOUTHERN DISTRICT OF GEORGIA  2012 FEB 29  AM 10:39
                      SAVANNAH DIVISION
                                                     CLERK
                                                     SO. DIST. OF GA.
```

TAMARA N. LASSETER,            )
                               )
    Plaintiff,               )
                               )
v.                             )       CASE NO. CV411-021
                               )
THE MAYOR AND ALDERMEN OF THE  )
CITY OF SAVANNAH,              )
                               )
    Defendant.               )
                               )

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 21), to which no objections have been filed. After a careful de novo review of the record, the report and recommendation is **ADOPTED** as the Court's opinion in this case and Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE**. Accordingly, the Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 29th day of February 2012.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA